DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
ARMANDO ALEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>ARMANDO GARCIA ALEMAN,<br>CLEMENTE RUEDA CRUZ<br>            Defendants.<br>_____ | No. CRS 10-0354 EJG<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date: February 4, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney WILLIAM WONG, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant ARMANDO GARCIA ALEMAN, and Attorney Caro Marks, Counsel for Defendant CLEMENTE RUEDA CRUZ, that the status conference scheduled for December 17, 2010, be vacated and the matter be continued to this Court's criminal calendar on February 4, 2011, at 10:00 a.m., for further status.

    This continuance is requested by the defense in order to permit further diligent examination of possible defenses, further client consultation concerning available courses of action, and review of

1  discovery.

2  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
4  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
5  ends of justice served in granting the continuance and allowing the
6  defendant further time to prepare outweigh the best interests of the
7  public and the defendant in a speedy trial.

8  The Court is advised that all counsel have conferred about this
9  request, that they have agreed to the February 4, 2011 date, and that
10 Mr. Wong and Ms. Marks have authorized Ms. Santos to sign this
11 stipulation on their behalf.

12 **IT IS SO STIPULATED**.

14 Dated: Dec. 17, 2010           /s/ Dina L. Santos
                                  DINA L. SANTOS
15                                Attorney for Defendant
                                  ARMANDO GARCIA ALEMAN

16
   Dated: Dec. 17, 2010           /s/ Caro Marks
17                                CARO MARKS
                                  Attorney for Defendant
18                                CLEMENTE RUEDA CRUZ

19 Dated: Dec. 17, 2010           /s/ William Wong
                                  WILLIAM WONG
20                                Assistant United States Attorney
                                  Attorney for Plaintiff

22                            **O R D E R**

23 **IT IS SO ORDERED**.

24           By the Court,

26 Dated: Dec. <u>15</u>, 2010    /s/ Edward J. Garcia
                                  Hon. Edward J. Garcia
27                                United States District Judge

28

Stipulation and Order              2