DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CLEMENTE CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-10-354 EJG |
| Plaintiff, | |
| | STIPULATION & ORDER |
| v. | |
| CLEMENTE RUEDA CRUZ, and ARMANDO GARCIA ALEMAN | Date: March 4, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney WILLIAM WONG, Counsel for Plaintiff, Attorney Caro Marks, Counsel for Defendant CLEMENTE RUEDA CRUZ, and Attorney Dina L. Santos, Counsel for Defendant ARMANDO GARCIA ALEMAN, and that the status conference scheduled for February 4, 2011, be vacated and the matter be continued to this Court's criminal calendar on March 4, 2011 at 10:00 a.m., for further status.

The parties request this continuance in order to give them time to arrange and conduct "safety valve" debriefings under U.S.S.G. §5C1.2.

Agents in this case are not local, an interpreter will be needed for both defendants, and the parties need time to make the requisite "safety valve" arrangements.

**IT IS STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(7)(A) & (B)(iv), Local code T-4 (allowing counsel reasonable time to prepare). The parties agree and stipulate that the ends of justice served in granting the continuance and allowing the defendants further time to prepare, outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the March 4, 2011 date, and that Mr. Wong and Ms. Santos have authorized Ms. Marks to sign this stipulation on their behalf.

**IT IS SO STIPULATED.**

Dated: February 2, 2011     /s/ Dina L. Santos
                            DINA L. SANTOS
                            Attorney for Defendant
                            ARMANDO GARCIA ALEMAN

Dated: February 2, 2011     /s/ Caro Marks
                            CARO MARKS
                            Attorney for Defendant
                            CLEMENTE RUEDA CRUZ

Dated: February 2, 2011     /s/ William Wong
                            WILLIAM WONG
                            Assistant United States Attorney
                            Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED this 2nd day of February, 2011.**

                            /s/ Edward J. Garcia
                            Hon. Edward J. Garcia
                            United States District Judge

Name of Pleading                    -2-