DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, JR., Bar #177913
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CLEMENTE CRUZ


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-354 EJG |
| Plaintiff, | ) ) ) | Date: March 4, 2011 |
| v. | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Edward J. Garcia |
| CLEMENTE RUEDA CRUZ, and ARMANDO GARCIA ALEMAN | ) ) ) | |
| Defendants. | ) ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney WILLIAM WONG, Counsel for Plaintiff, Attorney Michael Petrik, Jr., Counsel for Defendant CLEMENTE RUEDA CRUZ, and Attorney Dina L. Santos, Counsel for Defendant ARMANDO GARCIA ALEMAN, that the status conference scheduled for March 4, 2011, be vacated and the matter be continued to this Court's criminal calendar on March 25, 2011 at 10:00 a.m., for further status.

This case was recently reassigned to defense counsel and therefore requests this continuance seeking additional time to conduct further legal research and continue ongoing defense investigation

It is further stipulated by the parties that the Court should exclude the period from the date of this order through March 25, 2011,

1  when it computes the time within which the trial of the above criminal
2  prosecution must commence for purposes of the Speedy Trial Act.  The
3  parties stipulate that the ends of justice served by granting
4  defendants' request for a continuance outweigh the best interest of the
5  public and defendants in a speedy trial, and that this is an
6  appropriate exclusion of time for defense preparation within the
7  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

**IT IS SO STIPULATED.**

Dated: March 1, 2011                    Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

                                        /s/ M. Petrik
                                        _____
                                        MICHAEL PETRIK, Jr.
                                        Assistant Federal Defender
                                        Attorneys for Defendant

Dated: March 1, 2011                     /s/ Dina L. Santos
                                        DINA L. SANTOS
                                        Attorney for Defendant
                                        ARMANDO GARCIA ALEMAN


                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: March 1, 2011                     /s/ William Wong
                                        WILLIAM WONG
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**

Dated: March 1, 2011                     /s/ Edward J. Garcia
                                        Hon. Edward J. Garcia
                                        United States District Judge


Stipulation/Order                       -2-