```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, JR., Bar #177913
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CLEMENTE CRUZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-354 EJG |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| CLEMENTE RUEDA CRUZ, and ARMANDO GARCIA ALEMAN | ) | Date: March 25, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney WILLIAM WONG, Counsel for Plaintiff, Attorney Michael Petrik, Jr., Counsel for Defendant CLEMENTE RUEDA CRUZ, and Attorney Dina L. Santos, Counsel for Defendant ARMANDO GARCIA ALEMAN, that the status conference scheduled for March 25, 2011, be vacated and the matter be continued to this Court's criminal calendar on April 22, 2011 at 10:00 a.m., for further status.

Defense counsel requests this continuance seeking additional time to conduct further legal research and continue ongoing defense investigation.

It is further stipulated by the parties that the Court should exclude the period from the date of this order through April 22, 2011,

when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendants' request for a continuance outweigh the best interest of the public and defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

**IT IS SO STIPULATED.**

Dated: March 23, 2011                Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender

                                     /s/ M. Petrik
                                     _____
                                     MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender
                                     Attorneys for Defendant

Dated: March 23, 2011                 /s/ Dina L. Santos
                                     DINA L. SANTOS
                                     Attorney for Defendant
                                     ARMANDO GARCIA ALEMAN


                                     BENJAMIN B. WAGNER
                                     United States Attorney

Dated: March 23, 2011                 /s/ William Wong
                                     WILLIAM WONG
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**


Dated: March 23 2011                  /s/ Edward J. Garcia
                                     Hon. Edward J. Garcia
                                     United States District Judge


Stipulation/Order                    -2-