DINA L. SANTOS, Bar #204200
A Professional Law Corporation
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
ARMANDO ALEMAN



FILED

JUN 14 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 10-0354 EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER VACATING |
| v. ) | DATE, CONTINUING CASE, AND |
| ) | EXCLUDING TIME |
| ARMANDO GARCIA ALEMAN, ) | |
| CLEMENTE RUEDA CRUZ, ) | |
| Defendants. ) | Date: July 29, 2011 |
| ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney WILLIAM WONG, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant ARMANDO GARCIA ALEMAN, and Attorney Caro Marks, Counsel for Defendant CLEMENTE RUEDA CRUZ, that the status conference scheduled for June 9, 2011, be vacated and the matter be continued to this Court's criminal calendar on July 29, 2011, at 10:00 a.m., for further status and possible change of plea.

This continuance is requested by the defense in order to permit further negotiations with the government, and to continue in client consultations concerning available courses of action. The defense and

1  prosecution have been in active negotiations regarding safety valve
2  issues and hope to have a plea agreement in place by the next court
3  date.
4     **IT IS FURTHER STIPULATED** that time for trial under the Speedy
5  Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
6  3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
7  ends of justice served in granting the continuance and allowing the
8  defendant further time to prepare outweigh the best interests of the
9  public and the defendant in a speedy trial.
10    The Court is advised that all counsel have conferred about this
11 request, that they have agreed to the July 29, 2011 date, and that all
12 counsel have authorized Ms. Santos to sign this stipulation on their
13 behalf.

15    **IT IS SO STIPULATED.**

17 Dated: June 8, 2011          /s/ Dina L. Santos
                                 DINA L. SANTOS
18                               Attorney for Defendant
                                 ARMANDO GARCIA ALEMAN
19
20 Dated: June 8, 2011          /s/ Caro Marks
                                 CARO MARKS
                                 Attorney for Defendant
21                               CLEMENTE RUEDA CRUZ

23 Dated: June 8, 2011          /s/ William Wong
                                 WILLIAM WONT
24                               Assistant United States Attorney
                                 Attorney for Plaintiff
25

27                          **O R D E R**
28    **IT IS SO ORDERED.**

Stipulation and Order                    2

1   By the Court,
2
3   Dated: JUNE. __9__, 2011        _____
                                    Hon. Edward J. Garcia
4                                   United States District Judge

Stipulation and Order                    3