```
 1  DINA L. SANTOS, Bar #204200
    A Professional Law Corporation
 2  428 J Street, 3rd Floor
    Sacramento, California 95814
 3  Telephone: (916) 447-0160

 4

 5  Attorney for Defendant
    ARMANDO ALEMAN
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,         ) No. CRS 10-0354 EJG
                                  )
              Plaintiff,          )
                                  ) STIPULATION AND ORDER VACATING
     v.                           ) DATE, CONTINUING CASE, AND
                                  ) EXCLUDING TIME
ARMANDO GARCIA ALEMAN,            )
CLEMENTE RUEDA CRUZ,              )
              Defendants.         ) Date:  August 12, 2011
                                  ) Time:  10:00 a.m.
_____ ) Judge: Hon. Garcia
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney WILLIAM WONG, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant ARMANDO GARCIA ALEMAN, and Attorney Caro Marks, Counsel for Defendant CLEMENTE RUEDA CRUZ, that the status conference scheduled for July 29, 2011, be vacated and the matter be continued to this Court's criminal calendar on August 12, 2011, at 10:00 a.m., for further status and possible change of plea.

This continuance is requested by the defense in order to permit further negotiations with the government, and to continue in client consultations concerning available courses of action. The defense and

1 prosecution require more time to deal with issues regarding the safety
2 valve and hope to have a plea agreement in place by the next court
3 date.
4     **IT IS FURTHER STIPULATED** that time for trial under the Speedy
5 Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
6 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
7 ends of justice served in granting the continuance and allowing the
8 defendant further time to prepare outweigh the best interests of the
9 public and the defendant in a speedy trial.
10     The Court is advised that all counsel have conferred about this
11 request, that they have agreed to the August 12, 2011 date, and that
12 all counsel have authorized Ms. Santos to sign this stipulation on
13 their behalf.
14
15     **IT IS SO STIPULATED**.
16
17 Dated: July 27, 2011  /s/ Dina L. Santos
    DINA L. SANTOS
18  Attorney for Defendant
    ARMANDO GARCIA ALEMAN
19
    Dated: July 27, 2011  /s/ Caro Marks
20  CARO MARKS
    Attorney for Defendant
21  CLEMENTE RUEDA CRUZ
22
23 Dated: July 27, 2011  /s/ William Wong
    WILLIAM WONG
24  Assistant United States Attorney
    Attorney for Plaintiff
25
26
27
28

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: JULY 27, 2011          /S/ Edward J. Garcia
                              Hon. Edward J. Garcia
                              United States District Judge