```
1  DINA L. SANTOS, Bar #204200
   A Professional Law Corporation
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4
                                          FILED
5  Attorney for Defendant
   ARMANDO ALEMAN                         AUG - 9 2011
6
                                          CLERK, U.S. DISTRICT COURT
7                                         EASTERN DISTRICT OF CALIFORNIA
                                          BY _____
                                               DEPUTY CLERK
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,     )   No. CRS 10-0354 EJG
                                  )
13               Plaintiff,       )
                                  )   STIPULATION AND ORDER VACATING
14       v.                       )   DATE, CONTINUING CASE, AND
                                  )   EXCLUDING TIME
15  ARMANDO GARCIA ALEMAN,        )
    CLEMENTE RUEDA CRUZ,          )
16               Defendants.      )   Date:  SEPTEMBER 9, 2011
                                  )   Time:  10:00 a.m.
17  _____)   Judge: Hon. Garcia

18
```

19      **IT IS HEREBY STIPULATED** by and between Assistant United States
20  Attorney WILLIAM WONG, Counsel for Plaintiff, and Attorney Dina L.
21  Santos, Counsel for Defendant ARMANDO GARCIA ALEMAN, and Attorney Caro
22  Marks, Counsel for Defendant CLEMENTE RUEDA CRUZ, that the status
23  conference scheduled for August 12, 2011, be vacated and the matter be
24  continued to this Court's criminal calendar on September 9, 2011, at
25  10:00 a.m., for further status and possible change of plea.
26      This continuance is requested by the defense in order to permit
27  further negotiations with the government, and to continue in client
28  consultations concerning available courses of action.  The defense and

1   prosecution require more time to review the plea agreement using a
2   certified Spanish interpreter and to travel to Butte County, where the
3   defendants are currently housed.

4   **IT IS FURTHER STIPULATED** that time for trial under the Speedy
5   Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
6   3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
7   ends of justice served in granting the continuance and allowing the
8   defendant further time to prepare outweigh the best interests of the
9   public and the defendant in a speedy trial.

10  The Court is advised that all counsel have conferred about this
11  request, that they have agreed to the September 9, 2011 date, and that
12  all counsel have authorized Ms. Santos to sign this stipulation on
13  their behalf.

15  **IT IS SO STIPULATED.**

17  Dated: August 9, 2011              /s/ Dina L. Santos
                                       DINA L. SANTOS
18                                     Attorney for Defendant
                                       ARMANDO GARCIA ALEMAN
19
20  Dated: August 9, 2011              /s/ Caro Marks
                                       CARO MARKS
                                       Attorney for Defendant
21                                     CLEMENTE RUEDA CRUZ

23  Dated: August 9, 2011              /s/ William Wong
                                       WILLIAM WONG
24                                     Assistant United States Attorney
                                       Attorney for Plaintiff

Stipulation and Order                  2

1  **O R D E R**

2  **IT IS SO ORDERED.**

3          By the Court,

4

5  Dated: AUG. **9**, 2011                    _____
                                              Hon. Edward J. Garcia
6                                             United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order                    3