```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  CARO MARKS, Bar #159267
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    CLEMENTE RUEDA CRUZ
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. Cr.S-10-354 EJG |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER;** |
| | ) | **CONTINUING STATUS CONFERENCE** |
| v. | ) | **AND EXCLUDING TIME** |
| CLEMENTE RUEDA CRUZ, | ) | |
| ARMANDO GARCIA ALEMAN, | ) | Date: October 7, 2011 |
| | ) | Time: 10:00 a.m. |
| Defendants. | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney WILLIAM WONG, Caro Marks, Counsel for Defendant CLEMENTE RUEDA CRUZ, and Dina L. Santos, Counsel for Defendant ARMANDO GARCIA ALEMAN, that the status conference scheduled for September 16, 2011, be vacated and the matter be continued for a status conference/change of plea on October 7, 2011 at 10:00 a.m..

Defense counsel received the government proposed plea agreements on September 14, 2011. Having reviewed them, defense counsel need additional time to discuss the proposed plea agreements with the government, and to make and discuss changes in several key aspects of the agreements, e.g., application of the safety valve statute, role adjustments, etc. Two days is not enough time to meet and confer, so

the defense and government agree and stipulate that the court should set the matter for status conference/entry of plea on October 7, 2011.

Furthermore, both defendants are incarcerated in Oroville, Ca., and attorney-client conferences with them require the use of an interpreter. Thus, defense counsel need additional time to arrange for interpreters and to travel to Butte County to prepare the defendants for entry of plea.

It is further stipulated by the parties that the court should exclude the time period from the date of this order through and including October 7, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendants' request for a continuance outweigh the best interest of the public and defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: September 14, 2011 | Respectfully submitted, |
| | DANIEL BRODERICK<br>Federal Defender |
| | /s/ Caro Marks<br>CARO MARKS<br>Assistant Federal Defender<br>Attorney for Defendant CLEMENTE CRUZ |
| Dated: September 14, 2011 | /s/ Dina L. Santos<br>DINA L. SANTOS<br>Attorney for Defendant<br>ARMANDO GARCIA ALEMAN |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated: September 14, 2011 | /s/ William Wong<br>WILLIAM WONG<br>Assistant United States Attorney<br>Attorney for Plaintiff |

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 16, 2011, status conference hearing be continued to October 7,2011, at 10:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the October 7, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: September 15, 2011

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge