```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CLEMENTE RUEDA CRUZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr.S-10-354 EJG |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER;** |
| | )   **CONTINUING STATUS CONFERENCE** |
| v. | )        **AND EXCLUDING TIME** |
| CLEMENTE RUEDA CRUZ, | ) |
| ARMANDO GARCIA ALEMAN, | ) Date:  October 21, 2011 |
| | ) Time:  10:00 a.m. |
| Defendants. | ) Judge: Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney WILLIAM WONG, Caro Marks, Counsel for Defendant CLEMENTE RUEDA CRUZ, and Dina L. Santos, Counsel for Defendant ARMANDO GARCIA ALEMAN, that the status conference scheduled for October 7, 2011, be vacated and the matter be continued for a status conference/change of plea on October 21, 2011 at 10:00 a.m..

Defense counsel have negotiated certain terms of the proposed plea agreements. Counsel now need additional time to travel to Butte County Jail with interpreters and review the plea agreements with the defendants. Counsel also need to prepare the defendants for their entries of plea.

Thus, it is stipulated by the parties that the court should

1  exclude the time period from the date of this order through and
2  including October 21, 2011, when it computes the time within which the
3  trial of the above criminal prosecution must commence for purposes of
4  the Speedy Trial Act.  The parties stipulate that the ends of justice
5  served by granting defendants' request for a continuance outweigh the
6  best interest of the public and defendants in a speedy trial, and that
7  this is an appropriate exclusion of time for defense preparation within
8  the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).
9  **IT IS SO STIPULATED**.

10 Dated: October 6, 2011              Respectfully submitted,
11                                     DANIEL BRODERICK
                                       Federal Defender
12
                                       /s/ Caro Marks
13                                     CARO MARKS
                                       Assistant Federal Defender
14                                     Attorney for Defendant CLEMENTE CRUZ

15 Dated: October 6, 2011              /s/ Dina L. Santos
                                       DINA L. SANTOS
16                                     Attorney for Defendant
                                       ARMANDO GARCIA ALEMAN
17
                                       BENJAMIN B. WAGNER
18                                     United States Attorney

19 Dated: October 6, 2011              /s/ William Wong
                                       WILLIAM WONG
20                                     Assistant United States Attorney
                                       Attorney for Plaintiff
21
22                                ORDER
23     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
24 ordered that the October 7, 2011,  status conference hearing be
25 continued to October 21,2011, at 10:00 a.m.  Based on the
26 representation of defense counsel and good cause appearing there from,
27 the Court hereby finds that the failure to grant a continuance in this
28 case would deny defense counsel reasonable time necessary for effective

preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the October 21, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: October 6, 2011

/s/ Edward J. Garcia
EDWARD J. GARCIA
Senior United States District Judge